UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, EARTH ISLAND INSTITUTE, and CALIFORNIA CHAPPARAL INSTITUTE,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SUSAN SKALSKI, in her official capacity as Forest Supervisor for the Stanislaus National Forest, and UNITED STATES FOREST SERVICE, an agency of the Department of Agriculture,<br><br>　　　　Defendants. | No. 1:14-cv-01382-GEB-GSA<br><br>**ORDER GRANTING MOTION TO SHORTEN TIME** |

On September 15, 2014, Plaintiffs' filed a Second Motion to Shorten Time seeking an order "shortening time for the briefing and hearing of Plaintiffs' Motion to Supplement the Administrative Record." (Pls.' Mot. to Shorten Time 1:2-3, ECF No. 34.) Plaintiffs request "the Court shorten time in order to coincide the hearing for the motion to supplement the record with the hearing for the TRO," arguing:

> Waiting until October 20, 2014, to hear the motion to supplement the record would prejudice Plaintiffs because the declarations at issue in the motion are directly related to Plaintiffs' motion for a TRO . . . , which is currently before the Court and potentially

1

to be heard or decided this week. (Id. at 1:5-6, 1:11-14.) Defendants "stated that they would not stipulate to hearing Plaintiffs' motion to supplement the administrative record [on shortened time]." (Decl. of Justin Augustine in Supp. of Second Mot. to Shorten Time ¶ 5, ECF No. 33-1.)

Plaintiffs' motion to shorten time is GRANTED. Any opposition to Plaintiffs' motion to supplement the administrative record, (ECF Nos. 25, 32), shall be filed no later than 8:00 a.m. on September 17, 2014.

Dated: September 16, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge