**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, EARTH ISLAND INSTITUTE, and CALIFORNIA CHAPARRAL INSTITUTE<br><br>    Plaintiffs,<br><br>  v.<br><br>SUSAN SKALSKI, in her official capacity as Forest Supervisor for the Stanislaus National Forest, and UNITED STATES FOREST SERVICE, an agency of the Department of Agriculture,<br><br>    Defendants. | Case No. 1:14-cv-01382 GEB- GSA<br><br>**[PROPOSED] ORDER** |

On September 10, 2013, Tuolumne County, American Forest Resource Council, California Forestry Association, William and Mary Crook, Sierra Pacific Industries, Yosemite Stanislaus Solutions, and the California Farm Bureau Federation (collectively "proposed Defendant-Intervenors") moved to intervene in this matter.  Proposed Defendant-Intervenors' motion to intervene did not contain any declarations regarding the entities on behalf of whom it was filed.

Proposed Defendant-Intervenors and Plaintiffs have conferred and agree to stipulate as follows:

1.	While Plaintiffs and Proposed Defendant -Intervenors disagree on whether it is necessary for Proposed-Defendant-Intervenors to support their motion with declarations, nonetheless, because Plaintiffs are familiar with some of the Proposed-Defendant-Intervenors from past experience, in the interest of time and judicial economy, Plaintiffs are willing to stipulate in this situation to not oppose intervention as to the following: Tuolumne County, American Forest Resource Council, California Forestry Association, and Sierra Pacific Industries.

2.	Plaintiffs are not willing to stipulate to intervention as to the following: Yosemite Stanislaus Solutions, William and Mary Crook, and the California Farm Bureau Federation, as such, these individuals/entities are not parties to this lawsuit at this time.  Due to the lack of supporting documentation filed with the initial motion, Plaintiffs' are unable to ascertain the legal status of Yosemite Stanislaus Solutions or determine whether these additional individual/entities interests are already adequately represented.  Proposed-Defendant-Intervenors agree to file declarations as a supplement to, and in support of, their motion to intervene as to these individuals and/or entities, today (September 16, 2014).  Plaintiffs will review and submit any opposition to intervention as to these individuals/entities on or before Monday, September 22, 2014.

3.	The parties hereby stipulate that this Court should hear the remainder of the motion to intervene at the same time as the Court hears Plaintiffs' Motion for Preliminary Injunction.

4.	Intervenors shall confine their arguments to the issues raised in the Complaint, avoid collateral arguments, and shall coordinate their briefing with Federal Defendants, so as to not produce a brief which is duplicative.

*Earth Island Institute v. Quinn*, No 2:14-cv-01723-GEB-EFB, Proposed Order

2

1 | **IT IS SO ORDERED.**

2 | Dated: September 16, 2014

```
                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge
```