1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, EARTH ISLAND INSTITUTE, and CALIFORNIA CHAPARRAL INSTITUTE<br><br>    Plaintiffs,<br><br>  v.<br><br>SUSAN SKALSKI, in her official capacity as Forest Supervisor for the Stanislaus National Forest, and UNITED STATES FOREST SERVICE, an agency of the Department of Agriculture,<br><br>    Defendants. | Case No. 1:14-cv-01382 GEB- GSA<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO SHORTEN TIME FOR HEARING OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

[PROPOSED] ORDER           1

1. In consideration of Plaintiffs' motion to shorten time,

2. IT IS ORDERED that Plaintiffs' motion is GRANTED;

3. The hearing on Plaintiffs' Motion for Preliminary Injunction shall commence at 10:00 a.m. on October 1, 2014, in Courtroom 10.

4. Any opposition(s) shall be filed on or before September 24, 2014, by noon.

5. Any reply shall be filed on or before September 26, 2014, by noon.

IT IS SO ORDERED.

Dated: September 19, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge