1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, EARTH ISLAND INSTITUTE, and CALIFORNIA CHAPARRAL INSTITUTE<br><br>   Plaintiffs,<br><br>  v.<br><br>SUSAN SKALSKI, in her official capacity as Forest Supervisor for the Stanislaus National Forest, and UNITED STATES FOREST SERVICE, an agency of the Department of Agriculture,<br><br>   Defendants. | Case No. 1:14-cv-01382 GEB- GSA<br><br>**[PROPOSED] ORDER** |

On September 10, 2014, Tuolumne County, American Forest Resource Council, California Forestry Association, William and Mary Crook, Sierra Pacific Industries, Yosemite Stanislaus Solutions, and the California Farm Bureau Federation (collectively "proposed Defendant-Intervenors") moved to intervene in this matter.

On September 16, 2014, Plaintiffs and proposed Defendant-Intervenors stipulated to the intervention of Tuolumne County, American Forest Resource Council, California Forestry Association, and Sierra Pacific Industries.

Plaintiffs and proposed Defendant-Intervenors also agreed that proposed Defendant-Intervenors would submit declarations regarding William and Mary Crook, Yosemite Stanislaus Solutions, and the California Farm Bureau Federation, and Plaintiffs agreed to determine if they would oppose their intervention by September 22, 2014.

Proposed Defendant-Intervenors and Plaintiffs have conferred and agree to stipulate as follows:

1.  Plaintiffs are willing to stipulate in this situation to not oppose intervention as to the following: William and Mary Crook, Yosemite Stanislaus Solutions, and the California Farm Bureau Federation.

2.  Intervenors shall confine their arguments to the issues raised in the Complaint, avoid collateral arguments, and shall coordinate their briefing with Federal Defendants, so as to not produce a brief which is duplicative.

**IT IS SO ORDERED.**

Dated: September 22, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge