UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, EARTH ISLAND INSTITUTE, and CALIFORNIA CHAPPARAL INSTITUTE,<br><br>    Plaintiffs,<br><br>    v.<br><br>SUSAN SKALSKI, in her official capacity as Forest Supervisor for the Stanislaus National Forest; and UNITED STATES FOREST SERVICE, an agency of the Department of Agriculture,<br><br>    Defendants. | No. 1:14-cv-01382-GEB-GSA<br><br>**ORDER GRANTING MOTION TO INTERVENE** |

Tuolumne County, American Forest Resource Council, California Forestry Association, William Crook, Mary Crook, Sierra Pacific Industries, Yosemite Stanislaus Solutions, and California Farm Bureau Federation ("Proposed Intervenors") move to intervene in this action as Defendant-Intervenors either as of right under Federal Rule of Civil Procedure ("Rule") 24(a) or permissively under Rule 24(b). (Mem. in Supp. of Mot. to Intervene ("Mot."), ECF No. 9.)

Plaintiffs stipulate to the intervention of each Proposed Intervenor; Defendants stipulate to the intervention of Proposed Intervenors Tuolumne County, American Forest Resource

1

Council, California Forestry Association, and Sierra Pacific Industries; and Defendants "take no position" on the intervention of William Crook, Mary Crook, California Farm Bureau Federation, and Yosemite Stanislaus Solutions. (Mot. 1:6; Stipulation Regarding Intervention 2:9-14, Sept. 16, 2014, ECF No. 45; Defs.' Response to Mot. 1:7, ECF No. 46; Stipulation Regarding Intervention 2:13-15, September 22, 2014, ECF No. 56.)

        In light of the referenced stipulations, each Proposed Intervenor's Motion to Intervene is GRANTED.

Dated:  September 24, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge