UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>JEANNE HIGGINS AND UNITED STATES FOREST SERVICE,<br><br>　　Defendants. | No. 1:14-cv-01382-GEB-GSA<br><br><br>[PROPOSED] ORDER |

This matter having come before the Court on Federal Defendants' Unopposed Motion for an Extension of Time to File Answer to Plaintiff's Complaint, the Court having considered the Motion, hereby GRANTS the motion.

IT IS HEREBY ORDERED THAT:

The motion for extension of time is GRANTED, and Federal Defendants shall file their answer by no later than January 23, 2015.

Dated:  November 14, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge