Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
(415) 436-9682
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org


Rachel M. Fazio (CA Bar No. 187580)
John Muir Project of Earth Island Institute
P.O. Box 897
Big Bear City, CA 92314
(530) 273-9290
rachelmfazio@gmail.com


Sean Malone (OR Bar No. 084060) *pro hac vice*
Attorney at Law
259 E. Fifth Ave.
Suite 200-G
Eugene, OR 97401
(303) 859-0403
seanmalone8@hotmail.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, EARTH ISLAND INSTITUTE, and CALIFORNIA CHAPARRAL INSTITUTE<br><br>    Plaintiffs,<br><br>  v.<br><br>SUSAN SKALSKI, in her official capacity as Forest Supervisor for the Stanislaus National Forest, and UNITED STATES FOREST SERVICE, an agency of the Department of Agriculture,<br><br>    Defendants. | Case No. 1:14-cv-01382 GEB- GSA<br><br>**STIPULATION OF DISMISSAL** |

*Ctr. for Biological Diversity v. Skalski,* No: 1:14-cv-01382
Stipulation of Dismissal

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action is dismissed without prejudice and with each party bearing its own costs pursuant to FRCP 41(a)(1)(A)(ii).  It is further agreed that in consideration of the Defendants' consent to the filing of this stipulation of dismissal, Plaintiffs are barred from filing any subsequent lawsuit in this or any other court that challenges the 2014 Rim Fire Salvage and Restoration Project Record of Decision and Final Environmental Impact Statement.  This agreement, however, does not preclude or limit the claims in any future lawsuit which may be filed by Plaintiff(s) against any subsequent decisions that tier to, rely on, or in any way relate to, the Rim Fire Salvage and Restoration Project Record of Decision or Final Environmental Impact Statement, including but not limited to any decisions that result from the February 27, 2015 Federal Register Notice (80 Fed. Reg. 10663).

Dated:  October 30, 2015

Respectfully submitted,

 /s/ *Justin Augustine*_____

Justin Augustine
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
(415) 436-9682
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org

Attorneys for Plaintiffs

/s/ *Tyler Burgess* (as authorized 10/30/15)

TYLER L. BURGESS (NC 46989)
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
PO Box 7611

Washington, DC  20044-7611
(202) 616-4119
Fax: (202) 305-0506
tyler.burgess@usdoj.gov

Attorneys for Federal Defendants

/s/ *Scott Horngren*  (as authorized 10/30/15)

Scott W. Horngren
American Forest Resource Council
5100 S.W. Macadam, Suite 350
Portland, OR 97239
(503) 222-9505
Fax: (503) 222-3255
shorngren@amforest.org

Attorneys for Defendant-Intervenors

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2015, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the all counsel of record.

/s/ Justin Augustine

Justin Augustine